IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE T. BEALONIS, Individually and as Personal Representative of the Estate of ANNETTE C. BEALONIS, deceased, <br><br> 305 Spackman Street <br> Seward, PA 15954 <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN REGISTRY OF PATHOLOGY, a corporation <br><br> And <br><br> Esther J. Lee <br><br> Defendants. | Civil Action No.: 1:05-cv-01752-RMC |

## **MOTION TO HOLD IN ABEYANCE**

Now Comes Plaintiff in this action, through counsel, and moves this Court to hold in abeyance any and all further proceedings in this matter, including the necessity for filing of any responsive pleading, motion, petition or other appearance by any party for a period of one hundred and twenty days.

Plaintiff has informed this Court of a related action pending before the U.S.D.C. for the Western District of Pennsylvania under the caption *Bealonis v. United States of America*, Civil Action No.: 05 -1287.  That related case involves occurrences and issues of fact identical to the matters before this Court.

The matter before this Court was filed in order to preserve Plaintiff's rights pending formal confirmation in the related case that the above named defendant, Esther J. Lee, was an employee of the United States (and was not an employee of the co-defendant herein, the American Registry of Pathology) for purposes of adjudicating

Plaintiff's claim. The Answer by Defendant United States in the related case is expected within 120 days, and is also reasonably expected to lead to Plaintiff's Motion for Dismissal of the Defendants herein.

In the case before this Court, counsel for the American Registry of Pathology has agreed to accept service for that Corporation, while defendant Lee's whereabouts can not as yet be determined, but plaintiff will continue to search for her in order to perfect service.

Plaintiff contends that to hold proceedings before this Court in abeyance will serve the interests of justice and of judicial economy.

Wherefore, Plaintiff respectfully asks this Court for relief in the form of an Order holding all further proceedings on the instant matter in abeyance for a period of one hundred and twenty days.

Respectfully submitted,

George T. Bealonis, Individually and as Personal Representative of the Estate of Annette C. Bealonis, deceased,

By:  s/ David L. Terzian
Counsel for Plaintiff
David L. Terzian
DC Bar # 282764
RAWLS & MCNELIS, P.C.
P. O. Box 2470
Richmond, VA 23218-2470
(804) 344-0038
(804) 782-0133 – Facsimile
DTerzian@RawlsMcNelis.com

**Certificate of Service**

I hereby certify that on December 21, 2005, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that a true and correct copy of the foregoing was transmitted via facsimile and first class mail, postage prepaid, to: Robert B. Cave, Esq., Hogan & Hartson, L.L.P., 555 Thirteenth Street, N.W., Washington, D.C. 2004, counsel for Defendant American Registry of Pathology.

        s/ David L. Terzian_____
        Counsel for Plaintiff
        David L. Terzian
        DC Bar # 282764
        RAWLS & MCNELIS, P.C.
        P. O. Box 2470
        Richmond, VA  23218-2470
        (804) 344-0038
        (804) 782-0133 – Facsimile
        DTerzian@RawlsMcNelis.com