IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE T. BEALONIS, Individually and as Personal Representative of the Estate of ANNETTE C. BEALONIS, deceased, <br><br> 305 Spackman Street <br> Seward, PA 15954 <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN REGISTRY OF PATHOLOGY, a corporation <br><br> And <br><br> Esther J. Lee <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:05-cv-01752-RMC ) ) ) ) ) ) ) ) ) ) |

## **ORDER**

This cause came on for consideration on the Motion of Plaintiff to hold in abeyance for a period of 120 days all proceedings in this matter, during which time litigation in a related case may obviate the need for further litigation before this Court.

It is thereby ORDERED AND DECREED that all further proceedings in connection with this matter shall be held in abeyance for a period of one hundred and twenty days.

ENTERED THIS _____ day of _____, 200__

IT IS SO ORDERED:

_____