## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| GEORGE T. BEALONIS, Individually and as Pesonal Representative of the Estate of ANNETTE C. BEALONIS, deceased, | ) ) ) ) ) ) |
| 305 Spackman Street Seward, PA 15954 | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| AMERICAN REGISTRY OF PATHOLOGY, a corporation, | ) ) ) |
| And | ) ) |
| Esther J. Lee, | ) ) |
| Defendants. | ) ) |

Civil Action No. 1:05-cv-01752-RMC

_____

## CONSENT TO MOTION TO HOLD IN ABEYANCE
## AND INITIAL RESPONSE TO THE COMPLAINT

American Registry of Pathology ("ARP") respectfully consents to the

motion to hold this matter in abeyance, including the necessity of filing an Answer,

Motion, Statement of Affirmative Defenses or any other responsive pleading or

filing.  However, the Complaint filed makes certain representations that cannot lie

unresponded to in the Court's record.  These basically include the alleged

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 29th day of December 2005, a true and correct copy of the Consent to Motion to Hold in Abeyance and Initial Response to Complaint was filed with the Court and served via e-mail on the following by and through the Court's electronic service procedures:

Joseph P. Callahan, Esq.
Rawls & McNelis
P. O. Box 2470
Richmond, VA 23218-2470
Counsel for Plaintiff

Leslie A. Maria

employment relationship or any other relationship between ARP and the Co-Defendant, Esther J. Lee.  Ms. Lee is a United States government employee for the purposes of this case, not an employee of ARP.  As an initial matter, ARP hereby respectfully clarifies that it has accepted service of the Complaint on behalf of ARP but not, however, on behalf of Ms. Lee.  Additionally, as a result of the fact that Ms. Lee is a United States government employee as stated above, the alleged tortious claims stated against ARP are completely wrong and hereby denied in full.

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: _____
Robert B. Cave, # 281568
Leslie A. Maria, #484806
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
(202) 637-5873
Fax:  (202) 637-5910
Attorneys for Plaintiff

2