IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE T. BEALONIS, Individually and as Personal Representative of the Estate of ANNETTE C. BEALONIS, deceased, <br><br>    305 Spackman Street <br>    Seward, PA 15954 <br><br>    Plaintiff, <br><br> vs. <br><br> AMERICAN REGISTRY OF PATHOLOGY, a corporation <br><br>    And <br><br> Esther J. Lee <br><br>    Defendants. | Civil Action No.: 1:05-cv-01752-RMC |

## **SUPPLEMENT TO PLAINTIFF'S MOTION TO HOLD IN ABEYANCE**

Now Comes Plaintiff in this action, through counsel, to supplement and update his pending Motion to hold in abeyance any and all further proceedings in this matter, as follows.

Plaintiff has informed this Court of a related action pending before the U.S.D.C. for the Western District of Pennsylvania under the caption *Bealonis v. United States of America*, Civil Action No.: 05 -1287.  That related case involves occurrences and issues of fact identical to the matters before this Court.

In said related case, plaintiff herein and the United States have stipulated to an extension of time for the United States to file its Answer.  That Answer is now expected within 45 days, and is also reasonably expected to lead to Plaintiff's Motion for Dismissal of the Defendants in the matter before this Court.

Wherefore, Plaintiff respectfully asks this Court for relief in the form of an Order holding all further proceedings on the instant matter in abeyance pending the expected Answer by the United States in said related case.

        Respectfully submitted,

        George T. Bealonis, Individually and as Personal Representative of the Estate of Annette C. Bealonis, deceased,

By:   s/ David L. Terzian
       Counsel for Plaintiff
       David L. Terzian
       DC Bar # 282764
       RAWLS & MCNELIS, P.C.
       P. O. Box 2470
       Richmond, VA 23218-2470
       (804) 344-0038
       (804) 782-0133 – Facsimile
       DTerzian@RawlsMcNelis.com

**Certificate of Service**

I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that a true and correct copy of the foregoing was transmitted via facsimile and first class mail, postage prepaid, to: Robert B. Cave, Esq., Hogan & Hartson, L.L.P., 555 Thirteenth Street, N.W., Washington, D.C. 2004, counsel for Defendant American Registry of Pathology.

                                              s/ David L. Terzian
                                              Counsel for Plaintiff
                                              David L. Terzian
                                              DC Bar # 282764
                                              RAWLS & MCNELIS, P.C.
                                              P. O. Box 2470
                                              Richmond, VA  23218-2470
                                              (804) 344-0038
                                              (804) 782-0133 – Facsimile
                                              DTerzian@RawlsMcNelis.com