# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE T. BEALONIS, Individually and as Pesonal Representative of the Estate of ANNETTE C. BEALONIS, deceased,<br><br>      305 Spackman Street<br>      Seward, PA  15954<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN REGISTRY OF PATHOLOGY, a corporation,<br><br>    And<br><br>Esther J. Lee,<br><br>    Defendants. | Civil Action No. 1:05-cv-01752-RMC |

## SUPPLEMENT TO CONSENT TO MOTION TO HOLD IN ABEYANCE
## AND INITIAL RESPONSE TO THE COMPLAINT

American Registry of Pathology ("ARP") respectfully submits this Supplement to its Consent to Motion to Hold in Abeyance and Initial Response to the Complaint, which it filed in response to Plaintiff's Motion to Hold in Abeyance. The original Motion to Hold in Abeyance was based on the fact that the Answer to be filed in a related case in the Western District of Pennsylvania would lead to

Plaintiff's Motion for Dismissal of Defendants in the instant case.  ARP's initial response consented to the Motion to Hold in Abeyance, including holding in abeyance the necessity of filing an Answer, Motion, Statement of Affirmative Defenses or any other responsive pleading or filing.

Recently, the parties in the related Western District of Pennsylvania case stipulated to a 45-day extension within Defendant may file that Answer.  Plaintiff notes in the Supplement he filed with this Court that the filing of that Answer is still expected to lead to Plaintiff's Motion for Dismissal of the Defendants in the instant case.  As such, ARP affirms its consent to the original Motion to Hold in Abeyance (including holding in abeyance the necessity of filing an Answer, Motion, Statement of Affirmative Defenses or any other responsive pleading or filing), as well as the statements made and positions taken therein including, but not limited to, the fact that Defendant Esther Lee is not an ARP employee and the alleged tortious claims stated against ARP are completely wrong and denied in full.

ARP also hereby states that it stands ready to file an Answer in the instant case and respectfully requests that if this Court should so order, it provide ARP 20 days after receipt of the Order within which to file such Answer.

Respectfully submitted,

HOGAN & HARTSON L.L.P.


By: _____
    Robert B. Cave, # 281568
    Leslie A. Maria, #484806
    555 Thirteenth Street, N.W.
    Washington, D.C.  20004-1109
    (202) 637-5873
    Fax:  (202) 637-5910
    Attorneys for Plaintiff

\\\DC - 59529/0015 - 2254482 v1

CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of February 2006, a true and correct copy of the Supplement to Consent to Motion to Hold in Abeyance and Initial Response to Complaint was filed with the Court and served via e-mail on the following by and through the Court's electronic service procedures:

        Joseph P. Callahan, Esq.
        Rawls & McNelis
        P. O. Box 2470
        Richmond, VA  23218-2470
        Counsel for Plaintiff

                                            Leslie A. Maria