IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE T. BEALONIS, Individually and as Personal Representative of the Estate of ANNETTE C. BEALONIS, deceased,<br><br>305 Spackman Street<br>Seward, PA 15954<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN REGISTRY OF PATHOLOGY, a corporation<br><br>And<br><br>Esther J. Lee<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:05-cv-01752-RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF DISMISSAL**

Now Comes Plaintiff, by and through counsel, and gives Notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is voluntarily dismissed.

Respectfully submitted,

George T. Bealonis, Individually and
as Personal Representative of the
Estate of Annette C. Bealonis,
deceased,

By:  s/ David L. Terzian
Counsel for Plaintiff
David L. Terzian
DC Bar # 282764
RAWLS & MCNELIS, P.C.
P. O. Box 2470
Richmond, VA 23218-2470
(804) 344-0038
(804) 782-0133 – Facsimile
DTerzian@RawlsMcNelis.com

## Certificate of Service

    I hereby certify that on March 16, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to Robert B. Cave, Esquire at rbcave@hhlaw.com and Leslie Ann Maria at lamaria@hhlaw.com, counsel for Defendant American Registry of Pathology.

                              s/ David L. Terzian
                              Counsel for Plaintiff
David L. Terzian
DC Bar # 282764
RAWLS & MCNELIS, P.C.
P. O. Box 2470
Richmond, VA  23218-2470
(804) 344-0038
(804) 782-0133 – Facsimile
DTerzian@RawlsMcNelis.com